UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

CHRISTOPHER CHARLES DEVLIN,

Plaintiff,

-against-

FRANK J. BISIGNANO, Commissioner of Social Security,[1]

Defendant.

------------------------------------x

**MEMORANDUM & ORDER**
24-CV-1103 (EK)(ST)

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Tiscione's Report and Recommendation (R&R) dated September 3, 2026. ECF No. 16. Judge Tiscione recommends that the Court grant the Law Office of Charles E. Binder and Harry J. Binder's motion for attorneys' fees pursuant to 42 U.S.C. § 406(b) and award counsel $26,204.50. Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Tiscione's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

[1] Because Frank Bisignano is now the Commissioner of Social Security, he is substituted for the previous defendant Martin O'Malley pursuant to Fed. R. Civ. P. 25(d). The Clerk of Court is respectfully directed to amend the caption as set forth above.

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, the Law Office of Charles E. Binder and Harry J. Binder's motion for attorneys' fees pursuant to 42 U.S.C. § 406(b) is granted and such fees are awarded in the amount of $26,204.50, to be paid by the Commissioner out of the proceeds awarded to plaintiff as past-due benefits. Within five business days of receiving the Section 406(b) fees, plaintiff's counsel is ordered to refund to plaintiff the $8,450.00 in attorneys' fees previously awarded pursuant to the Equal Access to Justice Act, and to file a declaration stating they have done so on the docket.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: September 22, 2026
Brooklyn, New York